[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 16, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-16288
Non-Argument Calendar

_____

D. C. Docket No. 06-00097-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NELSON PAZ-ALVARENGA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 16, 2007)**

Before TJOFLAT, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Chet Kaufman, the Assistant Federal Public Defender representing Nelson

Paz-Alvarenga in his direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Paz-Alvarenga's conviction and sentence are **AFFIRMED**.